IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>     v.<br><br>RICHARD SAPIEN,<br><br>                Defendant. | CASE NO.  1:15-CR-00069-AWI-BAM<br><br>STIPULATION AND ORDER TO EXTEND TIME FOR THE GOVERNMENT TO FILE ITS RESPONSE TO THE DEFENDANT'S MOTION TO SUPPRESS |

IT IS HEREBY STIPULATED by and between Benjamin B. Wagner, United States Attorney and Kimberly A. Sanchez, Assistant U.S. Attorney and Dale Blickenstaff, attorney for the defendant, that the government's response to the defendant's motion to suppress be extended from July 20, 2015 to July 27, 2015.  The defendant's reply is currently due on August 3, 2015.  The motion hearing is set for August 17, 2015 at 10:00 a.m.  There is no request to change the reply due date or the date of the hearing.

Dated: July 20, 2015                                                                                  Respectfully submitted,

                                                                                                  BENJAMIN B. WAGNER
                                                                                                  United States Attorney

                                                                              By     /s/ Kimberly A. Sanchez
                                                                                        KIMBERLY A. SANCHEZ
                                                                                      Assistant U.S. Attorney

Dated: July 20, 2015                                                                                /s/ Dale Blickenstaff
                                                                                       DALE BLICKENSTAFF
                                                                                      Attorney for Defendant

IT IS SO ORDERED.

Dated:   July 21, 2015                                                         _____
                                                                                      SENIOR  DISTRICT  JUDGE