IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　　v.<br><br>RICHARD SAPIEN,<br><br>　　　　　　　Defendant. | CASE NO.  1:15-CR-00069-AWI-BAM<br><br>STIPULATION AND ORDER TO VACATE MOTION HEARING, SET EVIDENTIARY HEARING, AND RESET TIME FOR THE GOVERNMENT TO FILE ITS RESPONSE TO THE DEFENDANT'S MOTION TO SUPPRESS |

　　　IT IS HEREBY STIPULATED by and between Benjamin B. Wagner, United States Attorney and Kimberly A. Sanchez, Assistant U.S. Attorney and Dale Blickenstaff, attorney for the defendant, that the motion hearing scheduled for August 17, 2015 at 10:00 a.m. be moved to August 24, 2015 at 2:00 p.m. for an evidentiary hearing.  The parties have conferred, and agree that an evidentiary hearing is warranted in this matter.  The parties further stipulate that the government's response to the defendant's motion to suppress be due on August 10, 2015 and any reply be due on August 17, 2015.

　　　Dated: August 3, 2015　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　BENJAMIN B. WAGNER
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　　　　　By　　/s/ Kimberly A. Sanchez
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　KIMBERLY A. SANCHEZ
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney

　　　Dated: August 3, 2015　　　　　　　　　　　　　　　　/s/ Dale Blickenstaff
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　DALE BLICKENSTAFF
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant

IT IS SO ORDERED.

Dated:   August 4, 2015　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　SENIOR  DISTRICT  JUDGE

1