UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>           Plaintiff,<br><br>     v.<br><br>RICHARD SAPIEN,<br>           Defendant. | No. 1:15-CR-00069 AWI-BAM<br><br>ORDER FOR IN CAMERA REVIEW |

   The parties having stipulated to an inspection of personnel files and an in camera review under the circumstances set forth below based upon a defense request for such a review.  Pursuant to 28 U.S.C., section 1651(a) which provides, "The Supreme Court and all courts established by Act of Congress may issue all writs necessary or appropriate in aid of their respective jurisdictions and agreeable to the usages and principles of law."  *See United States v. New York Tel. Co.,* 434 U.S. 159, 174, 98 S.Ct. 364, 54 L.Ed.2d 376 (1977) ("The power conferred by the [All–Writs] Act extends, under appropriate circumstances, to persons who, though not parties to the original action or engaged in wrongdoing, are in a position to frustrate the implementation of a court order or the proper administration of justice, and encompasses even those who have not taken any affirmative action to hinder justice.").

   IT IS ORDERED, that Fresno Police Department:

   a.   Undertake a review of the personnel files of Officers Thomas Gregory and Dominic Alvarado for any disciplinary actions, allegations of misconduct that bear upon credibility, documentation that is relevant to truthfulness or that is exculpatory in nature.  The review is to be completed on or before September 10, 2015.  Upon completion of the review, Fresno Police Department shall provide notice to the parties and to the Court, and indictate whether a further in camera review is warranted.

   b.   Should any such documentation or allegation be found, an in camera review of the documents shall be arranged with the Court for a determination of whether the information

should be provided to the parties for potential use at trial or any evidentiary hearing at which the witnesses testify. Such in camera review shall occur within 2 weeks following notification from Fresno Police Department that the review is warranted.

IT IS SO ORDERED.

Dated:   **August 26, 2015**                    /s/ *Barbara A. McAuliffe*
                                        UNITED STATES MAGISTRATE JUDGE