1

2

3

4

5                            UNITED STATES DISTRICT COURT

6                     FOR THE EASTERN DISTRICT OF CALIFORNIA

7

8   UNITED STATES OF AMERICA,                    Case No. 1: 15-CR-00069-AWI-BAM

9              Plaintiff,                        **ORDER AFTER *IN CAMERA* REVIEW
                                                 OF PERSONNEL FILES OF OFFICERS
10        v.                                     GREGORY AND ALVARADO**

11  RICHARD SAPIEN,

12             Defendant.

13

                                            /
14  _____

15        Defendant Richard Sapien is charged in a one count indictment for felon in possession of a

16  firearm in violation of 18 U.S.C. §922(g)(1).  On June 8, 2015, Defendant moved for discovery of the

17  personnel files of the two arresting officers, Fresno Police Officers Gregory and Alvarado.  (Doc. 12,

18  item 4.)  At the hearing on the motion, the parties discussed the Court's jurisdiction.  The hearing was

19  continued to allow the parties to explore the production of documents with the City of Fresno. At the

20  continued hearing, the parties stipulated and indicated the City of Fresno's position, and therefore, the

21  Court issued an order directing the City of Fresno to review the personnel files and to produce for an

22  *in camera* inspection the items specified in the Court's order.  (Doc. 28.)  On September 8, 2015, the

23  personnel files were submitted, *ex parte*, and the Court conducted a review of the personnel files.

24  Representatives for the City of Fresno, Senior Deputy City Attorney Larry Donaldson and Deputy

25  City Attorney Kurt Wendlenner, appeared at the *in camera* review as custodians to assist in review of

26  the files and to answer the Court's questions.  After reviewing the personnel files and the responses to

27  the Court's questions, the Court rules as follows.

28

                                            1

1

2

3

Four files were presented to the Court for review.  (Doc. 28.)  Of the four, one file was for an internal investigation of Officer Gregory.  The three remaining files were for three separate internal investigations of Officer Alvarado.  The Court now turns to evaluation of these four files.

4

5

6

7

The single incident naming Officer Gregory involves Officer Gregory's contact in the line of duty with a dog and with his resolution of the contact.  The Court finds that there is no documentation or information related to credibility, relevant to impeachment or exculpatory information.  Therefore, no information will be required to be produced as to this incident.

8

9

10

11

12

13

14

15

16

17

18

19

As to the three incidents involving Officer Alvarado, each incident involves claims of unreasonable force arising from facts and circumstances unrelated and dissimilar to the crime involving Defendant Sapien.  In each incident, the internal affairs investigation exonerated Officer Alvarado.  Incident 2011-0033, however, also involved a claim of theft by Officer Alvarado.  The claimant alleged Officer Alvarado stole the claimant's $25 million lottery ticket.  Officer Alvarado was exonerated of this claim as well, and the investigation verified with the Lottery Commission that a $25 million lottery ticket was not outstanding.  Nonetheless, as this incident involves allegations of dishonesty by Officer Alvarado, the City of Fresno will be directed to produce to defendant's counsel, Dale Blickenstaff and to Assistant United States Attorney Kimberly Sanchez, the names and addresses of the witnesses involved in incident 2011-0033.  The other two incidents involving Officer Alvarado do not contain documentation or information related to credibility, relevant to impeachment or exculpatory information.

20

**CONCLUSION AND ORDER**

21

22

For the foregoing reasons, and pursuant to the Court's *in camera* review, the Court orders as follows:

23

24

25

1.  The City of Fresno is directed to produce to defendant's counsel, Dale Blickenstaff, and to Assistant United States Attorney Kimberly Sanchez, the names and addresses of the witnesses involved in incident 2011-0033.

26

27

2.  The information shall be served by the City of Fresno within 21 days of the service of this order on the City's representative.

28

3.  The Assistant United States Attorney shall serve this order on the City's representative.

1      4.   All other information contained in the files produced for *in camera* inspection do not fall

2           with the Defendant's right to Rule 16 discovery or Constitutional or statutory rights for

3           discovery.

4

5   IT IS SO ORDERED.

6      Dated:   **September 8, 2015**              /s/ *Barbara A. McAuliffe*          _

7                                        UNITED STATES MAGISTRATE JUDGE

3