**DALE A. BLICKENSTAFF - #40681**
Attorney At Law
7081 N. Marks Avenue, # 104
Fresno, California 93711
(559) 389-0239 Telephone
(559) 436-0207 Facsimile
Email: dabnabit74@gmail.com

Attorney for Defendant,
RICHARD SAPIEN

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **Case No.: 1:15CR0069 AWI-BAM** |
| **Plaintiff,** | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |
| **vs.** | |
| **RICHARD SAPIEN,** | |
| **Defendant** | |

It is hereby stipulated by and between the parties hereto, through their respective counsel Kimberly Sanchez, counsel for the United States and Dale A. Blickenstaff, counsel for Defendant, RICHARD SAPIEN, that the Status Conference currently set for Monday, September 28, 2015, may be continued to November 9, 2015, at 1:00 p.m.

The reason for this continuance is to allow the parties additional time to conduct further investigations.  A plea offer has been made by the government and conveyed to the defendant. Negotiations will continue toward resolution of the matter.

The parties agree that the time between the date currently set for Status Conference and the proposed date of November 9, 2015, shall be excluded in the interest of justice, including but

not limited to, continuity of counsel and reasonable time necessary for effective preparation pursuant to 18 USC 3161(h)(7)(A) and 3161(h)(7)(B)(1) and (iv).

For the reasons set forth above, the parties respectfully request that the Status Conference scheduled for September 28, 2015, be continued to November 9, 2015, at 1:00 p.m.

Dated:  September 24, 2015

By      /S/ Kimberly Sanchez
KIMBERLY SANCHEZ, Attorney for Plaintiff,
UNITED STATES OF AMERICA

Dated:  September 24, 2015

By /S/ Dale A. Blickenstaff
DALE A BLICKENSTAFF, Attorney for
Defendant, RICHARD SAPIEN

## **ORDER**

IT IS SO ORDERED that the Status Conference be continued to November 9, 2015, at 1:00 p.m.  The ends of justice warrant an exclusion of time pursuant to 18 USC 3161(h)(7)(A) and 3161(h)(7)(B)(1) and (iv).

Dated:  **September 24, 2015**

/s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE

2

STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE