1  ROBERT C. LAMANUZZI, SBN 213673
2  Attorney at Law
   2020 Tulare Street   Suite A
3  Fresno CA 93721
   (559) 441-1979
4
5  Attorney for Defendant
   Richard Sapien
6
7                    UNITED STATES DISTRICT COURT
8                 FOR THE EASTERN DISTRICT OF CALIFORNIA
9

| 10 | UNITED STATES OF AMERICA, | Case No. 1:15-cr-00069-DAD-BAM |
|---|---|---|
| 11 | Plaintiff, | |
| 12 | v. | AMENDED STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| 13 | RICHARD SAPIEN, | |
| 14 | Defendant. | |

15

16     IT IS HEREBY STIPULATED by and between the parties hereto through their respective
17  counsel, ROBERT LAMANUZZI attorney for Defendant RICHARD SAPIEN, and KIMBERLY
18  SANCHEZ, Assistant U.S. Attorney for Plaintiff, that the status conference hearing currently
19  scheduled for February 13, 2017, at 1:00 p.m., shall be continued until MARCH 13, 2017, at 1:00
20  p.m.
21     This continuance is necessary because parties need additional time to prepare for this
22  hearing. I have been made aware that the transcript has become available and I will need time to
23  review the transcript with Mr. Sapien.
24     The parties stipulate that the time until the next hearing should be excluded from the
25  calculation of time under the Speedy Trial Act. The parties stipulate that the ends of justice are
26  served by the court excluding such time, so that counsel for the defendant may have reasonable
27  time necessary for effective preparation, taking into account the exercise of due diligence. 18
28  U.S.C. §3161(h)(7)(B)(iv). The parties stipulate and agree that the interests of justice are served

1

by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. §3161(h)(7)(A).

Dated: February 9, 2017         Respectfully submitted,

/s/ Robert Lamanuzzi
ROBERT LAMANUZZI
Attorney for Defendant,
RICHARD SAPIEN

Dated:  February 9, 2017        Respectfully submitted,

/s/ Kimberly Sanchez
KIMBERLY SANCHEZ
Assistant U.S. Attorney

**ORDER**

The 6th Status Conference hearing as to the above named defendant currently scheduled for February 13, 2017, at 1:00 p.m., is continued until MARCH 13, 2017, at 1:00 p.m.  Time excluded pursuant to 18 U.S.C. §3161(h)(7)(B)(iv).

**IT IS SO ORDERED.**
IT IS SO ORDERED.

Dated:   **February 9, 2017**              /s/ Barbara A. McAuliffe
                                            UNITED STATES MAGISTRATE JUDGE