1  ROBERT C. LAMANUZZI, SBN 213673
   Attorney at Law
2  2020 Tulare Street  Suite A
   Fresno CA 93721
3  (559) 441-1979

4
   Attorney for Defendant
5  Richard Sapien

6

7                    UNITED STATES DISTRICT COURT

8                  FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10  UNITED STATES OF AMERICA,            Case No. 1:15-cr-00069-DAD-BAM

11         Plaintiff,

12     v.                                STIPULATION AND ORDER TO
                                         CONTINUE SENTENCING
13  RICHARD SAPIEN,

14         Defendant.

15

16      IT IS HEREBY STIPULATED by and between the parties hereto through their respective

17  counsel, ROBERT LAMANUZZI attorney for Defendant RICHARD SAPIEN, and KIMBERLY

18  SANCHEZ, Assistant U.S. Attorney for Plaintiff, that the sentencing hearing currently scheduled

19  for December 11, 2017, at 10:00 a.m., shall be continued until JANUARY 22, 2018, at 10:00

20  a.m.

21      This continuance is necessary because defense counsel needs additional time to prepare

22  the sentencing memorandum due to unanticipated sentencing issues including a previously

23  unknown prior that needs to be researched.

24      The parties stipulate that the time until the next hearing should be excluded from the

25  calculation of time under the Speedy Trial Act. The parties stipulate that the ends of justice are

26  served by the court excluding such time, so that counsel for the defendant may have reasonable

27  time necessary for effective preparation, taking into account the exercise of due diligence. 18

28  U.S.C. §3161(h)(7)(B)(iv). The parties stipulate and agree that the interests of justice are served

                                            1

by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §3161(h)(7)(A).

Dated: December 4, 2017   Respectfully submitted,

/s/ Robert Lamanuzzi
ROBERT LAMANUZZI
Attorney for Defendant,
RICHARD SAPIEN

Dated:  December 4, 2017   Respectfully submitted,

/s/ Kimberly Sanchez
KIMBERLY SANCHEZ
Assistant U.S. Attorney

## **ORDER**

The court has reviewed and considered the stipulation of the parties to continue the sentencing in this case. Good cause appearing, the sentencing hearing as to the above named defendant currently scheduled for December 11, 2017, is continued until January 22, 2018, at 10:00 a.m. in courtroom 5 before District Judge Dale A. Drozd.

IT IS SO ORDERED.

Dated:   **December 4, 2017**  
UNITED STATES DISTRICT JUDGE