ROBERT C. LAMANUZZI, SBN 213673
Attorney at Law
2020 Tulare Street   Suite A
Fresno CA 93721
(559) 441-1979

Attorney for Defendant
Richard Sapien

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  1:15-cr-00069-DAD-BAM |
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO CONTINUE SENTENCING |
| RICHARD SAPIEN, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, ROBERT LAMANUZZI attorney for Defendant RICHARD SAPIEN, and KIMBERLY SANCHEZ, Assistant U.S. Attorney for Plaintiff, that the sentencing hearing currently scheduled for January 22, 2018,  at 10:00 a.m., shall be continued until February 12, 2018, at 10:00 a.m.

This continuance is necessary because defense counsel needs additional time to prepare the sentencing memorandum due to lengthy illnesses in my office.

The parties stipulate that the time until the next hearing should be excluded from the calculation of time under the Speedy Trial Act.  The parties stipulate that the ends of justice are served by the court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. §3161(h)(7)(B)(iv).  The parties stipulate and agree that the interests of justice are served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. §3161(h)(7)(A).

1

Dated: January 17, 2018                    Respectfully submitted,


                                           /s/ Robert Lamanuzzi
                                           ROBERT LAMANUZZI
                                           Attorney for Defendant,
                                           RICHARD SAPIEN


Dated:  January 17, 2018                   Respectfully submitted,


                                           /s/ Kimberly Sanchez
                                           KIMBERLY SANCHEZ
                                           Assistant U.S. Attorney


# ORDER

The court has reviewed and considered the stipulation of the parties to continue the sentencing in this case. Good cause appearing, the sentencing hearing as to the above named defendant currently scheduled for January 22, 2018, is continued until February 12, 2018, at 10:00 a.m. in courtroom 5 before District Judge Dale A. Drozd.

IT IS SO ORDERED.

Dated:   **January 17, 2018**          _____
                                       UNITED STATES DISTRICT JUDGE